IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr75

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NELSON JIMENEZ (6) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Motion to Review Detention Order, pursuant to Rule 58(g)(2)(A) of the Federal Rules of Criminal Procedure.[1] (Doc. No. 31). The defendant seeks amendment of the Release Order (Doc. No. 27) to remove the condition of location monitoring.

On February 23, 2011, the defendant was arrested pursuant to a complaint charging him with conspiracy to defraud the United States through false claims, in violation of 18 U.S.C. § 286. (Doc. No. 3: Complaint; Doc. No. 36: Executed Arrest Warrant). A magistrate judge released the defendant on conditions after a hearing on March 1, 2011. (Doc. No. 27: Order).

At the detention hearing, the government proffered facts against the defendant tending to show that he was involved in a scheme to file false tax refund claims using stolen Puerto Rican Social Security numbers. (Doc. No. 61: Hr'g Tr. at 4-5). The government alleged that the defendant presented a risk of flight based on his transferring money to Costa Rica and traveling out of the country frequently. (Id. at 9). The defendant argued, in part, that he has ties to the community here, including family and a business. (Id. at 11). The magistrate judge adopted the government's and probation office's recommendation that the defendant be released on conditions, including location monitoring.

---

[1] Motions to review release orders are addressed at 18 U.S.C. § 3145(a).

A district court is required to make an independent, de novo determination when acting on a motion to review a magistrate judge's pretrial release order. United States v. Stewart, 19 F. App'x 46, 48 (4th Cir. 2001)(citing United States v. Rueben, 974 F.2d 580, 585-86 (5th Cir. 1992). However, a district court is not required to hold an additional evidentiary hearing as part of its review. United States v. King, 849 F.2d 485, 489-90 (11th Cir. 1988); United States v. Hare, 873 F.2d 796, 799 (5th Cir. 1989). After conducting its independent review, a district court may explicitly adopt the magistrate judge's order without making duplicate findings, or may state additional reasons supporting its decision. King, 849, F.2d at 490-91.

Accordingly, the Court has reviewed the entire record in this case de novo. The Court finds that the magistrate judge correctly assessed the factors set forth in 18 U.S.C. § 3142(g) in reaching the conclusion that location monitoring is reasonably necessary to assure the appearance of the defendant as required, 18 U.S.C. § 3142(c)(1)(B)(xiv), and adopts the magistrate judge's order.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Review Detention Order (Doc. No. 31) is **DENIED**.

Signed: May 10, 2011

Robert J. Conrad, Jr.
Chief United States District Judge