IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-75

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | UNDER SEAL |
| NELSON JIMENEZ (6), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the June 6, 2011, trial term in the Charlotte Division. (Doc. No. 69).

The Court has previously granted a continuance. (Doc. No. 57: Order). The instant motion requests a continuance for cooperating and negotiating a plea with the government. For the reasons stated in the motion, the Court finds that there is sufficient cause for one more continuance in this matter. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(8)(A). Additionally, the parties have stated sufficient grounds to overcome the public's interest in access to court documents relating to the continuance. 18 U.S.C. § 3006A(e)(1).

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to the August 1, 2011, term of Court.

**IT IS FURTHER ORDERED** that the request to file the continuance motion under seal is **GRANTED**, pending further order of the Court.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney only.

Signed: June 3, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants